HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
JUSTIN G. PALMER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-mj-282-EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE JURY TRIAL AND SET MOTION SCHEDULE |
| v. | |
| JUSTIN G. PALMER, | Date: January 28, 2014 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, MICHAEL STANLEY, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for JUSTIN G. PALMER, that the Court vacate the court trial on November 19, 2013 at 10:00a.m. and set a new court trial on January 28, 2014 at 10:00 a.m.

IT IS HEREBY STIPULATED that a motion hearing be set for January 6, 2014 at 10:00 a.m. Defense motions will be due November 25, 2013, Government's response will be due December 16, 2013 and the optional reply will be due December 23, 2013.

| | | |
|---|---|---|
| 1 | DATED: November 14, 2013 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER WILLIAMS<br>Federal Defender |
| 4 | | */s/Linda Harter* |
| 5 | | LINDA HARTER<br>Chief Assistant to the Federal Defender |
| 6 | | Attorneys for Defendant<br>JUSTIN PALMER |
| 7 | | |
| 8 | Dated: November 15, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 9 | | |
| 10 | | |
| 11 | | */s/ Linda C. Harter for*<br>MICHAEL STANLEY |
| 12 | | Special Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: November 15, 2013.

_[signature]_
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE