BENJAMIN B. WAGNER
United States Attorney
MICHAEL D STANLEY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>JUSTIN G. PALMER,<br><br>              Defendant. | 2:13-MJ-282-EFB<br><br>[~~PROPOSED~~] ORDER TO DISMISS<br>COUNT ONE OF THE INFORMATION |

It is hereby ordered that Count One of the Information in Case Number 2:13-MJ-282-EFB is dismissed without prejudice.

IT IS SO ORDERED

DATED: December 3, 2013

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE